Secretary of Labor,
                Plaintiff,

v.

Blue Bird Corporation,
                Defendant.

Civil Action File No. 5:06-CV-341

Filed at 4:00 PM 11-24-2008

DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## JOINT STIPULATIONS

I. BACK WAGES

　　A. Rate of Pay as of 11/23/04

　　　　1. $23.39/hr.
　　　　2. 40 hour weeks
　　　　3. $23.39 × 40 = $935.60/week

　　B. MITIGATING DAMAGES

　　　　1. Unemployment Compensation
　　　　　Began: 11/28/04
　　　　　$300/week for 6 months
　　　　　$300 × 26 weeks = $7,800.00

Page 1 of 3

2. WAGES EARNED
　＊ Ricky Dye owned his own
　　business — Rick's Do All
　2004 (Remainder) → $0
　2005 → $8,453.00
　2006 → $18,608.00
　2007 → $11,337.00
　2008 (estimate) → $14,400.00

II. BENEFITS

　A. Pension
　　◦ One more year of accrual would be owed. KH
　　◦ Mr. Dye is already ~~eligible~~ entitled to ~~the~~ existing pension benefits at the age of 55.
　　◦ Blue Bird's pension plan has been frozen since 2005. No further accruals are permitted since 2005.

　B. 401(k)
　　◦ Mr. Dye withdrew his 401(k) contributions in late 2004.

Page 2 of 3

- Blue Bird does not owe contributions to the previously existing 401(K) plan Mr. Dye made contributions to during his employment

C. HEALTH BENEFITS

- If reinstated Mr. Dye would be eligible for the current health benefits offered by Blue Bird.

_____   11/24/08
Ricky Dye, Complainant

_____   11/24/08
Kristina Harrell, Attorney for Plaintiff

_____   11/24/08
Carla Gunnin, Attorney for Defendant

Page 3 of 3